UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In re: : |  |
| : |  |
| KYONGSIK JUN and : | Case No. 23-1-3312-MCR |
| MINSOO HA, : | Chapter 13 |
| Debtors. : |  |
| : |  |

**NOTICE THAT THE MEETING OF CREDITORS HAS BEEN CONTINUED**

**PLEASE TAKE NOTICE** that at the request of Christopher Wampler, Esq. (the "Requestor") to continue the meeting of creditors to be held in the above-captioned case pursuant to section 341 of the Bankruptcy Code, Timothy P. Branigan, the trustee in the case, has agreed to a continuance. The continued meeting of creditors will be held remotely via zoom.com (meeting ID: 354 561 4952; password: 713517) at 12:00 PM on July 6, 2023. **THERE WILL BE NO FURTHER CONTINUANCES.**

PLEASE NOTE THAT THE REQUESTOR MUST SERVE THIS NOTICE ON ALL CREDITORS AND OTHER PARTIES IN INTEREST INCLUDED ON THE MAILING MATRIX ON FILE WITH THE COURT. THE REQUESTOR MUST ALSO SEND A CERTIFICATE OF MAILING OF THIS NOTICE TO THE TRUSTEE'S OFFICE SO THAT IT ARRIVES AT LEAST 2 DAYS BEFORE THE CONTINUED HEARING DATE, OR THE TRUSTEE WILL NOT CONDUCT THE HEARING.

June 22, 2023                                        /s/ Timothy P. Branigan
                                                       Timothy P. Branigan (Fed. Bar No. 06295)
                                                       Chapter 13 Trustee
                                                       9891 Broken Land Parkway, #301
                                                       Columbia, Maryland 21046
                                                       (410) 290-9120

## Certificate of Service

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Christopher Wampler, Esq.

           /s/ Timothy P. Branigan
          Timothy P. Branigan (Fed. Bar No. 06295