# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# Greenbelt Division

| | |
|---|---|
| In Re: | * |
| | * |
| Kyongsik Jun, | *   Case No. 23-13312 |
| Minsoo Ha, | * |
| | *   Chapter 13 |
| Debtors. | * |

## MOTION TO APPROVE LOAN MODIFICATION

Flagstar Bank, N.A., by undersigned counsel, hereby moves to have the Court approve a loan modification of the current mortgage loan with Flagstar Bank, N.A. and borrowers, Min Soo Ha and Kyong Sik Jun. Flagstar Bank N.A. has approved the Debtors for a loan modification which provides the following terms:

| | |
|---|---|
| Interest Rate | 36 months @ 5.000% |
| | 12 months @ 6.000% |
| | 84 months @ 6.500% |
| Term: | 11 years |
| Maturity Date: | June 1, 2034 |
| New Principal Balance: | $304,960.47 |
| New P & I: | 36 months @ $3,008.28 |
| | 12 months @ $3,122.70 |
| | 84 months @ $3,174.19 |
| First Payment Due Date: | July 1, 2023 |

WHEREFORE, the Movant respectfully requests that this Court approves the loan modification.

                                                                     Respectfully submitted,

                                                                     */s/Elizabeth  Parrott*

                                                                     Elizabeth  Parrott, BAR NO. 22018
                                                                     Attorney for Movant
                                                                     McCalla Raymer Leibert Pierce, LLC
                                                                     1544 Old Alabama Road
                                                                     Roswell, Georgia 30076
                                                                     678-277-4911
                                                                     Elizabeth.Parrott@mccalla.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of July, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Approve Loan Modification will be served electronically by the court's CM/ECF system on the following:

**Timothy P. Branigan**, Chapter 13 Trustee
cmecf@chapter13maryland.com

I hereby certify that on the 24th day of July, 2023, a copy of the Motion to Approve Loan Modification was also mailed first class mail, postage prepaid to all creditors listed on the attached creditor matrix and to:

Kyongsik Jun
10282 Arizona Circle, Apt. 64
Bethesda, MD 20817-1242

Minsoo Ha
10282 Arizona Circle, Apt. 64
Bethesda, MD 20817-1242

Christopher R. Wampler
12114B Heritage Park Circle
Silver Spring, MD 20906

/s/Elizabeth  Parrott
_____
Elizabeth  Parrott

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 23-13312<br>District of Maryland<br>Greenbelt<br>Fri Jul 21 08:53:44 EDT 2023 | (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | American Express National Bank, AENB c/o Zwi<br>80 Minuteman Road, P.O. Box 9043<br>Andover, MA 01810-0943 |
| BMW Bank of North America, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Bridgecrest Acceptance Corporation, c/o AIS<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | CITIBANK, N.A.<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 |
| Citibank, N.A. C/O Cenlar FSB<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852-3813 | 1012 BWMD, LLC<br>8404 Early Bud Way<br>Laurel, MD 20723-1083 | AT&T<br>Attn: Bankruptcy<br>4331 Communications Drive<br>Floor 4W<br>Dallas, TX 75211-1300 |
| Ally Financial Inc.<br>500 Woodward Ave<br>Detroit, MI 48226-3416 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 |
| Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | BMW Financial Services Attn: Customer Accoun<br>1400 City View Drive<br>Columbus, OH 43215-1477 |
| Bank of America<br>Attn: Bankruptcy<br>100 North Tryon Street<br>Charlotte, NC 28255-0001 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Bridgecrest Acceptance Corp<br>7300 East Hampton Avenue<br>Suite 100<br>Mesa, AZ 85209-3324 |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Carvana, LLC / Bridgecrest c/o AIS Portfolio<br>PO Box 4138<br>Houston, TX 77210-4138 | Central Loan Admin & R<br>PO Box 77404<br>Ewing, NJ 08628-6404 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Chris Kim<br>7701 Lafayette Forest Drive<br>#14<br>Annandale, VA 22003-6308 | Christopher T. Robertson<br>Chap Petersen & Associates, PLLC<br>3970 Chain Bridge Road<br>Fairfax, VA 22030-3316 | Citi<br>Attn: Bankruptcy<br>Sioux Falls, SD 57117 |
| Citibank, N.A.<br>c/o Cenlar FSB<br>Attn: Bankruptcy Department<br>425 Phillips Blvd.<br>Ewing, NJ 08618-1430 | Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA  98083-0280 | Citibank/Best Buy<br>Citicorp Cr Srvs/Centralized<br>Bankruptcy<br>PO Box 790040<br>Saint Louis, MO 63179-0040 |

```
Comenity Bank/Ann Taylor Loft        (p)COMPTROLLER OF MARYLAND          (p)MOHELA
Attn: Bankruptcy                     BANKRUPTCY UNIT                     CLAIMS DEPARTMENT
PO Box 182125                        301 W PRESTON ST ROOM 409           633 SPIRIT DRIVE
Columbus, OH 43218-2125              BALTIMORE MD 21201-2383             CHESTERFIELD MO 63005-1243


(p)EXPANSION CAPITAL GROUP           G Harrison Bliss II                 G. Harrison Bliss II, Esq.
5801 S CORPORATE PL                  Davis, Agnor, Rapaport & Skalny, LLC Davis, Agnor, Rapaport & Skalny, LLC
SIOUX FALLS SD 57108-5027            11000 Broken Land Parkway           11000 Broken Land Parkway
                                     Columbia, MD 21044-3541             Suite 600
                                                                         Columbia, MD 21044-3534


GM Financial                         JPMorgan Chase Bank, N.A.           Koam Partners LLC
PO Box 78143                         s/b/m/t Chase Bank USA, N.A.        7002 Little River Turnpike
Phoenix, AZ 85062-8143               c/o Robertson, Anschutz, Schneid,   #D
                                     Crane & Partners, PLLC              Annandale, VA 22003-3200
                                     6409 Congress Avenue, Suite 100
                                     Boca Raton, FL 33487-2853


Lawrence A. Shulman                  M&T BANK                            (p)M&T BANK
Shulman Rogers                       PO Box 1508, Buffalo, NY 14240      LEGAL DOCUMENT PROCESSING
12505 Park Potomac Ave                                                   626 COMMERCE DRIVE
6th Floor                                                                AMHERST NY 14228-2307
Potomac, MD 20854-6803


Macys/cbna                           NORDSTROM, INC.                     Nordstrom/TD Bank USA
Attn: Bankruptcy                     Jefferson Capital Systems LLC Assignee  ATTN: Bankruptcy
9111 Duke Boulevard                  Po Box 7999                         PO Box 6555
Mason, OH 45040-8999                 Saint Cloud MN 56302-7999           Englewood, CO 80155-6555


Offit Kurman                         (p)PORTFOLIO RECOVERY ASSOCIATES LLC  Quantum3 Group LLC as agent for
80000 Towers Crescent Drive          PO BOX 41067                        Comenity Bank
#1400                                NORFOLK VA 23541-1067               PO Box 788
Vienna, VA 22182                                                         Kirkland, WA  98083-0788


Shellpoint Mortgage Servicing        State of Maryland DLLR              Sung Chun
Attn: Bankruptcy                     Division of Unemployment Insurance  PO Box 778
PO Box 10826                         1100 N. Eutaw Street, Room 401      Ellicott City, MD 21041-0778
Greenville, SC 29603-0826            Baltimore, MD 21201-2226


THE BANK OF NEW YORK MELLON          Taxing Authority of Montgomery County  Vita Tysons Corner
NewRez LLC DBA Shellpoint Mortgage Servi  Division of Treasury            7902 Tysons One Place
Bankruptcy Department                255 Rockville Pike, Ste.  L-15      McLean, VA 22102-5202
PO Box 10826                         Rockville, MD 20850-4188
Greenville, SC 29603-0826


Wellen Capital                       Christopher R. Wampler              Kyongsik Jun
600 West Jackson Boulevard           12114B Heritage Park Circle         10282 Arizona Circle, Apt. 64
Chicago, IL 60661-5636               Silver Spring, MD 20906-4554        Bethesda, MD 20817-1242


Minsoo Ha                            Timothy P. Branigan
10282 Arizona Circle, Apt. 64        9891 Broken Land Parkway
Bethesda, MD 20817-1242              Suite 301
                                     Columbia, MD 21046-3002
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
PO Box 183853
Arlington, TX 76096

BMW Financial Services
Attn: Bankruptcy/Correspondence
PO Box 3608
Dublin, OH 43016

Chase Card Services
Attn: Bankruptcy
PO Box: 15298
Wilmington, DE 19850

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

Department of Education
Mohela
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005

Expansion Capital Group
5801 S. Corporate PL
Sioux Falls, SD 57108

M&T Bank
Attn: Bankruptcy
PO Box 844
Buffalo, NY 14240

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Aujoo Enterprises II, LLC

(u)KoAm Partners, LLC

(u)The Bank Of New York Mellon Fka The Bank O

(u)Allen Liang
INVALID ADDRESS PROVIDED

(u)Wells Fargo Dealer Services
INVALID ADDRESS PROVIDED

(u)Augustine Kim

End of Label Matrix
Mailable recipients    58
Bypassed recipients     6
Total                  64