**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | | |
|---|---|---|
| In re: | * | Chapter 13 |
| **KYONGSIK JUN AND MINSOO HA** | * | Case Nos. 23-13312 |
| | * | |
| Debtors. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR AUTHORITY TO INCUR SECURED DEBT FOR THE PURPOSE OF
MODIFYING THE TERMS OF AN EXISTING SECURED LOAN ON
REAL PROPERTY AND NOTICE OF OPPORTUNITY TO OBJECT**

COMES NOW, KYONGSIK JUN, and MINSOO HA ("Movant"), through their counsel, Christopher R. Wampler, Esquire and Wampler 7 Sounder, LLC files this motion to approve a loan modification agreement (the "Loan Modification") for the purpose of modifying the terms of an existing secured loan for real property (the "Motion"), and submits the following information regarding the modified loan:

1. The address of the real property is 10282 Arizona Circle, #64, Bethesda, Maryland 20817 (the "Property").

2. The holder of the secured claim is <u>CitiBank, N.A. C/O Cenlar FSB</u>.

3. The amount of the proposed modified secured claim is $ <u>$94.307.96</u>   .

4. A copy of the proposed Loan Modification is attached hereto. This amount does _√_ or does not _ (check one) include the pre-petition arrears currently being paid through the plan.

5. The monthly amount of the modified secured claim payment is <u>$424.15</u>, of which $<u>         424.15         </u> is principal and interest. This amount <u>does not</u> include real estate taxes and hazard insurance to be escrowed by the holder of the modified secured claim. The monthly escrow amount is $<u>     0     </u> (subject to periodic adjustments in accordance with applicable law).

6. INTEREST TERMS:

    A. The new maturity date is <u>     08/01/2046          </u>.

    B. Adjustable Rate Loan for:

        60 months @ 2.00% from 07/01/2023 to 06/30/2028

        12 months @ 3.00% from 07/01/2028 to 06/30/2029

        07/01/2029 to 08/01/2046 @ 3.25%

7. The loan modification __ does or _√_ does not modify the terms of the confirmed plan in the case. If the loan modification does affect the terms of the confirmed plan in the case, the Debtor will separately file a motion to modify the confirmed plan. This motion does not constitute a motion to modify the confirmed plan. The Debtor hereby acknowledges that the terms of the confirmed plan remain in effect until such time as any plan modification is approved by the Court.

8. The Loan Modification will not alter or affect the status or priority of any other existing liens on the Property.

9. The Debtors have advised the holder of the modified secured claim that it must either file an amended proof of claim or withdraw the filed proof of claim within 30 days of the closing of the loan modification transaction.

10. See attached loan modification (See "Exhibit A")

WHEREFORE, the Debtors submit that this loan modification is in the best interest of the Debtors and Creditors and as it will increase the feasibility of the reorganization and should be approved.

Dated: ___08/17/2023_____

Respectfully Submitted,

**/s/** Christopher R. Wampler
Christopher R. Wampler
Attorney for Debtors
Wampler & Souder, LLC
12114B Heritage Park Circle
Silver Spring, MD 20906
Phone: (240) 833-2284
Fax: (301) 942-8296
Bar No.: 05461

2