UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re: :
:
KYONGSIK JUN and :
MINSOO HA, : Case No. 23-1-3312-MCR
Debtors. :
:

**TRUSTEE'S RESPONSE TO
SECOND MOTION TO MODIFY MORTGAGE LOAN**

     Timothy P. Branigan, trustee in the above-captioned case, responds to the Motion for Authority to Incur Secured Debt etc. The Trustee does not oppose the relief requested. If the pre-petition mortgage arrears are to be wrapped into the new loan, the plan should be amended accordingly. Plan confirmation will be considered separately. The Debtors should file a new Schedule J to reflect the new circumstances.

                                                    Respectfully submitted,

August 23, 2023                                           /s/ Timothy P. Branigan
                                                    Timothy P. Branigan (Fed. Bar No. 06295)
                                                    Chapter 13 Trustee
                                                    9891 Broken Land Parkway, #301
                                                    Columbia, Maryland 21046
                                                    (410) 290-9120

- 2 -

**Certificate of Service**

I hereby certify that the following persons are to be served electronically via the CM/ECF system:

Christopher Wampler, Esq.

I caused a copy of the foregoing to be sent on August 24, 2023 by first-class U.S. mail, postage prepaid to:

Kyongsik Jun and Minsoo Ha
10828 Arizona Circle, #64
Bethesda, MD  20817

                                                       /s/ Timothy P. Branigan
                                            Timothy P. Branigan (Fed. Bar No. 06295)