| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case<br><br>**In re:**<br>Kyongsik Jun and Minsoo Ha | **CASE NO:** 23-13312 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

2. **Old Address:**
   Name(s): KoAm Partners, LLC, Aujoo Enterprises II, LLC, and Augustine Kim
   Mailing Address: c/o Chung & Press PC, 6718 Whittier Ave #200
   City, State, Zip Code: McLean VA 22101

3. **New Address:**
   Name(s): KoAm Partners, LLC, Aujoo Enterprises II, LLC, and Augustine Kim
   Mailing Address: 7002 Little River Tnpk suite D
   City, State, Zip Code: Annandale  VA 22003
   **Telephone Number(s):** _____

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____
   Joint Debtor's account number_____

Date: 6/25/2025_____         Daniel M. Press_____
                             Requestor's printed name(s)

                             /s/ Daniel M. Press
                             _____
                             Requestor's signature(s)

                             Attorney for KoAm Partners, LLC, Aujoo Enterprises II, LLC, and Augustine Kim
                             Title (If applicable, of corporate officer, partner, or agent)

Updated: June 2018