B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Maryland

In re  Kyongsik Jun and Minsoo Ha            ,                    Case No.  23-13312

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Augustine Kim | Aujoo Ent's II,LLC & KoAm Partners LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Augustine Kim,7002 Little River Tpk Ste.D
  Annandale  Va.22003

Phone: _703-628-7425_
Last Four Digits of Acct #: _____

Court Claim # (if known): ____9____
Amount of Claim: ____$89,223.35____
Date Claim Filed: ____06/24/2023____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
  Augustine Kim,7002 Little River Tpk Ste.D
  Annandale  Va.22003

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                    Date: _8/7/2025_
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.