United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 23-13312-MCR |
| Kyongsik Jun | Chapter 13 |
| Minsoo Ha | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 08, 2025 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 32255130 | + | Koam Partners LLC, 7002 Little River Turnpike, #D, Annandale, VA 22003-3200 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Rollis Wampler | cwampler@wandsfirm.com wamplercr81442@notify.bestcase.com,bchoi@wandsfirm.com,mvargas@wandsfirm.com,vantoni@wandsfirm.com,vshen@wandsfirm.com |
| Craig Brandon Rule | crule@zwickerpc.com  bknotices@zwickerpc.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Elizabeth H Parrott | elizabeth.parrott@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Gregory Christopher Mullen | bankruptcy@bww-law.com  gregory.c.mullen@gmail.com |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 08, 2025 | Form ID: trc | Total Noticed: 1 |

Jacob Christian Zweig
    jzweig@evanspetree.com  crecord@evanspetree.com

Michael J. Klima
    bankruptcy@peroutkalaw.com

Nicole C. Kenworthy
    bdept@mrrlaw.net

Nikita Rajendra Joshi
    Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com

Timothy P. Branigan
    cmecf@chapter13maryland.com

TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court
# District of Maryland

Case No. 23-13312
Chapter 13

In re: Debtor(s) (including Name and Address)

Kyongsik Jun
10282 Arizona Circle, Apt. 64
Bethesda MD 20817-1242

Minsoo Ha
10282 Arizona Circle, Apt. 64
Bethesda MD 20817-1242

**NOTICE OF PROPOSED TRANSFER OF CLAIM**

Pursuant to Federal Bankruptcy Rule 3001 (e)(2) or (4), notice is hereby given that the Court has received a notice of transfer of your claim. A copy of the document received by this Court transferring your claim is included with this Notice. Please read the document carefully to insure its authenticity and accuracy.

**Name and Address of Alleged Transferor(s):**

Claim No. 9: Koam Partners LLC, 7002 Little River Turnpike, #D, Annandale, VA 22003

**Name and Address of Transferee:**

Augustine Kim
7002 Little River Tpk Ste D
Annandale VA 22003

**-- DEADLINE TO OBJECT TO TRANSFER --**

No action is required if you do not object to the transfer of your claim. If you object to the transfer of your claim you must file a written objection within twenty-one (21) days after the date of this notice with the Court.

Date:   08/10/25

Mark A. Neal
**CLERK OF THE COURT**