THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| KYONGSIK JUN and MINSOO HA | * | Case No. 23-13312 |
| | | Chapter 13 |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE ENTERING APPERANCE**

Please enter the appearance of Bartholomew Choi, Esquire as counsel for Debtors, KYONGSIK JUN and MINSOO HA in the above-entitled action.

Respectfully submitted,

/s/ Bartholomew Choi
Bartholomew Choi, Esq #31424
Attorney for Debtor
Wampler & Souder, LLC
12114B Heritage Park Circle
Silver Spring, MD 20906
Phone: (240) 833-2284
Fax: (301) 942-8296
bchoi@wandsfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of October, 2025, a copy of the foregoing Line Entering Appearance were sent electronically via CM/ECF:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
*Chapter 13 Trustee*

/s/ Bartholomew Choi
Bartholomew Choi #31424