```
1012 BWMD, LLC
8404 Early Bud Way
Laurel, MD 20723


Allen Liang
2733 Annapolis Road
Leesburg, VA 20176


Ally Financial Inc.
500 Woodward Ave
Detroit, MI 48226


AMA REcovery Group
3131 Eastside Street Suite #435
Houston, TX 77098


Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998


Architecture & I, LLC
10282 Arizona Cir
Bethesda, MD 20817


AT&T
Attn: Bankruptcy
4331 Communications Drive
Floor 4W
Dallas, TX 75211


Bank of America
Attn: Bankruptcy
100 North Tryon Street
Charlotte, NC 28255
```

BMW Financial Services
Attn: Bankruptcy/Correspondence
PO Box 3608
Dublin, OH 43016


Bridgecrest Acceptance Corp
7300 East Hampton Avenue
Suite 100
Mesa, AZ 85209


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Central Loan Admin & Reporting
PO Box 77404
Trenton, NJ 08628


Chase Card Services
Attn: Bankruptcy
P.O. Box: 15298
Wilmington, DE 19850


Chris Kim
7701 Lafayette Forest Drive
#14
Annandale, VA 22003


Christopher T. Robertson
Chap Petersen & Associates, PLLC
3970 Chain Bridge Road
Fairfax, VA 22030


Citibank
Attn: Bankruptcy
PO box 790040
Saint Louis, MO 63179

Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
Bankruptcy
PO Box 790040
Saint Louis, MO 63179


Comenity Bank/Ann Taylor Loft
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Department of Education
Mohela
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005


Expansion Capital Group
5801 S. Corporate PL
Sioux Falls, SD 57108


G Harrison Bliss II
Davis, Agnor, Rapaport & Skalny, LLC
11000 Broken Land Parkway
Columbia, MD 21044


GM Financial
P.O. Box 78143
Phoenix, AZ 85062


Joshua Provost, Esquire
25852 McBean Parkway
#801
Valencia, CA 91355


Koam Partners LLC
7002 Little River Turnpike
#D
Annandale, VA 22003

Lawrence A. Shulman  
Shulman Rogers  
12505 Park Potomac Ave  
6th Floor  
Potomac, MD 20854


M&T Bank  
Attn: Bankruptcy  
PO Box 844  
Buffalo, NY 14240


Macys/cbna  
Attn: Bankruptcy  
9111 Duke Boulevard  
Mason, OH 45040


Nordstrom/TD Bank USA  
Attn: bankruptcy  
PO Box 6555  
Englewood, CO 80155


Offit Kurman  
80000 Towers Crescent Drive  
#1400  
Vienna, VA 22182


R&C Global, LLC  
10282 Arizona Cir  
Bethesda, MD 20817


Shellpoint Mortgage Servicing  
Attn: Bankruptcy  
PO Box 10826  
Greenville, SC 29603


Small Business Administration  
409 3rd Street SW  
Washington, DC 20416

Sung Chung, Esquire
PO Box 778
Ellicott City, MD 21041


Vita Tysons Corner
7902 Tysons One Place
Mc Lean, VA 22102


Wellen Capital
600 West Jackson Boulevard
Chicago, IL 60661


Wells Fargo Dealer Services
Attn: Bankruptcy
1100 Corporate Center Drive
Charlotte, NC 28272