THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| KYONGSIK JUN and MINSOO HA | * | Case No. 23-13312 |
| | | Chapter 13 |
| Debtors. | * | |

* * * * * * * * * * * * * *

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 10th day of October, 2025, a copy of the forgoing Notice of Chapter 13 Bankruptcy Case containing information about Meeting of Creditors and a copy of the foregoing Schedule E/F was mailed, first class, postage prepaid to:

Small Business Administration
409 3rd Street SW
Washington, DC 20416

                                                              /s/ Bartholomew Choi
                                                               Bartholomew Choi #31424