THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| KYONGSIK JUN and MINSOO HA | * | Case No. 23-13312<br>Chapter 13 |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEBTORS' MOTION TO SELL AUTOMOBILE

Debtor(s) and Debtor(s)-in-Possession, KYONGSIK JUN and MINSOO HA, (the "Debtors"), by their undersigned counsel, Christopher R. Wampler, Esquire and Wampler & Souder, LLC, pursuant to 11 U.S.C. § 363(b)(1), 11 U.S.C. 1303, of the Federal Rules of Bankruptcy Procedure, files this Motion to permit the Debtors to sell their automobile as described below, and under the terms indicated:

1. The Debtors wishes to sell their automobile vehicle, 2019 BMW X5 ("Automobile").

2. The proposed estimated sale price of the Automobile is $14,000. (See CarMax Estimate "Exhibit 1")

3. The Debtors have paid on or about $29,453.20 on the principal since the filing of bankruptcy.

5. The following sales cost, liens of record, and other charges and expenses related to the sale, are to be paid out of the sale proceeds in the estimated amounts as indicated:

a.) Recorded lien of record in the amounts as indicated:

(1) $5,721.38 to BMW Financial Services as of October 8, 2025.

6. The net sale proceeds, after lien of record is paid out would be to the Debtors as they have applied $14,000 in exemptions to the Automobile.

**WHEREFORE,** Debtors and Debtors-in-Possession, KYONGSIK JUN and MINSOO HA, prays that they are permitted to sell the automobile vehicle, 2019 BMW X-5.

Respectfully submitted,

/s/ Bartholomew Choi
Bartholomew Choi, Esq #31424
Attorney for Debtors
Wampler & Souder, LLC
12114B Heritage Park Circle
Silver Spring, MD 20906
Phone: (240) 833-2284
Fax: (301) 942-8296
bchoi@wandsfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of October, 2025, a copy of the foregoing Debtor's Motion to Sell Automobile was served electronically via CM/ECF to:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
*Chapter 13 Trustee*

By email to:

US Trustee
Office of US Trustee
Jeanette.rice@usdoj.gov
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

CC: Hearings_MCR@mdb.uscourts.gov

And by mailing to:

BMW Bank of North America
c/o AIS Portfolio Services, LLC
4515 Santa Fe Ave, Dept. APS
Oklahoma City, OK 73118

And to all parties requesting notice and all creditors listed in the matrix as required under Local Rule 1007.

/s/ Bartholomew Choi  
Bartholomew Choi #31424