**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

In re:                                              *

KYONGSIK JUN and MINSOO HA              *        Case No. 23-13312
                                                         Chapter 13
     Debtors.                                   *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**NOTICE OF DEBTORS' MOTION TO SELL**
**AUTOMOBILE**

A Motion was filed on behalf of the Debtors, KYONGSIK JUN and MINSOO HA, to permit sale of automobile. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. If you do not have a lawyer, you may wish to consult one. A copy of the Motion is attached.

If you do not want the Court to grant the Motion to permit sale of automobile, or if you want the Court to consider your views on the Motion, then by **October 31, 2025**, you or your lawyer must file with the Clerk of this Bankruptcy Court a response to the Motion explaining your position and mail a copy of the response to:

> Bartholomew Choi
> Wampler and Souder, LLC
> 12114B Heritage Park Circle
> Silver Spring, MD 20906

If you mail, rather than deliver, your response to the Clerk of the Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

If you file a timely response to the Motion, the hearing on the Motion will take place on **November 12, 2025 at 2 PM in Courtroom 3-C,** United States Bankruptcy Court, District of Maryland.

If you or your lawyer do not file and serve a timely response to the Motion, the Court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

October 10, 2025

Respectfully submitted,

/s/ Bartholomew Choi_____
Bartholomew Choi, Esq #31424
Attorney for Debtors
Wampler & Souder, LLC
12114B Heritage Park Circle
Silver Spring, MD 20906
Phone: (240) 833-2284
Fax: (301) 942-8296
bchoi@wandsfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October, 2025, a copy of the foregoing Notice of Debtor's Motion to Sell Automobile was served electronically via CM/ECF to:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
*Chapter 13 Trustee*

By email to:

US Trustee
Office of US Trustee
Jeanette.rice@usdoj.gov
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

CC: Hearings_MCR@mdb.uscourts.gov

And by mailing to:

BMW Bank of North America
c/o AIS Portfolio Services, LLC
4515 Santa Fe Ave, Dept. APS
Oklahoma City, OK 73118

        And to all parties requesting notice and all creditors listed in the matrix as required under Local Rule 1007.


                                                        /s/ Bartholomew Choi
                                                        Bartholomew Choi #31424