**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

In re:                                              *

KYONGSIK JUN and MINSOO HA           *          Case No. 23-13312
                                                                         Chapter 13
        Debtors.                                  *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**ORDER AUTHORIZING THE SALE OF AUTOMOBILE**

Upon a Motion and/or Notice by the Debtor for approval of sale and the application of

proceeds to pay off the existing lien(s), it is by the United States Bankruptcy Court for the District

of Maryland,

**ORDERED**, that the sale noticed by the Debtor in the case by notice filed on October

10, 2025, of automobile, known as 2019 BMW X-5, is approved by the Court, under the terms

of this Order; and it is further,

**ORDERED**, that all debts secured by present liens upon the property shall be paid out

of the sale proceeds; and it is further,

**ORDERED**, that after payment of the costs of satisfaction of liens upon the automobile,

the remaining net proceeds from the sale would be paid out to the Debtors.

- 1 -

cc:    BMW Bank of North America
c/o AIS Portfolio Services, LLC
4515 Santa Fe Ave, Dept. APS
Oklahoma City, OK 73118

Timothy P. Branigan
Chapter 13 Trustee
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046

US Trustee
Office of US Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

**END OF ORDER**