# Debtors' Exhibit 1



**CARMAX**

Shop    Sell/Trade    Finance    Research    More ▾

Find Your Store ▾

What kind of car are you looking for?

# Congratulations!
# We want to buy your BMW X5

Your CarMax offer

# $14,000

Redeem by Friday, October 10

**Continue** →





## How it compares

Kelley Blue Book®
Trade-in Range
$18,231 - $21,352

Kelley Blue Book®
Trade-in Value
$19,792

ⓘ Important info
& Definitions

Based on Good Condition
Kelley Blue Book info valid for ZIP Code 20817
through 10/03/2025

Kelley Blue Book Privacy

FEEDBACK

## How do you want to sell?

**Schedule pickup**

We come to you and handle everything at your location* →

**Visit a store**

Upload documents from home & get a free **Lyft** ride home up to 60 miles →

**2019 BMW X5**

VIN: 5UXCR6C54KLL26557

Details → Code: RY6X4R9P 

*The offer from CarMax is contingent on your providing accurate information. CarMax will conduct a verification of your vehicle and evaluate other vehicle use and history information prior to finalizing the offer. Any differences between the information you provide about your vehicle and the vehicle's actual condition, use, and history may impact the offer you receive from CarMax.

Please note that CarMax cannot purchase a leased vehicle from certain companies. For more details, click here

*At-home pickup not available in all locations. Distance restrictions and fee may apply.

    

 Find Your Store

**Shop**

Browse by category

View all inventory

Find a store

**Sell**

Get an online offer

How it works

**Finance**

Get pre-qualified

How it works

CarMax Auto Finance

**About**

About CarMax

Contact us

Social responsibility

CarMax Foundation

Media center

Supplier inclusion

Investor relations

**Careers**

Search jobs

**More**

Service & repairs

FAQ & support

Why CarMax

Buying online

Car research & advice

Guide to EVs

Warranties and MaxCare®

FEEDBACK

By using carmax.com, you consent to the monitoring and storing of your interactions with the website, including with a CarMax vendor, for use in improving and personalizing our services. See our **Privacy Policy** for details.

Privacy Policy · Do Not Sell or Share My Information · Financial Privacy Policy · Interest-Based Ads · Terms of Use · Responsible Disclosure

CarMax Recall Policy   ·   Social Community Guidelines   ·   CA Supply Chain Transparency   ·   Accessibility   ·   Feedback

Copyright © 2025 CarMax Enterprise Services, LLC

FEEDBACK