THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| KYONGSIK JUN and MINSOO HA | * | Case No. 23-13312<br>Chapter 13 |
| Debtors. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>AMENDED CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 10th day of October, 2025, a copy of the foregoing Notice of Debtor's Motion to Sell Automobile, Debtor's Motion to Sell Automobile, and its attached exhibits was served electronically via CM/ECF to:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
*Chapter 13 Trustee*

By email to:

US Trustee
Office of US Trustee
Jeanette.rice@usdoj.gov
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

CC: Hearings_MCR@mdb.uscourts.gov

/s/ Bartholomew Choi
Bartholomew Choi #31424