United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 23-13312-MCR |
| Kyongsik Jun | Chapter 13 |
| Minsoo Ha | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 03, 2025 | Form ID: ntchrgb2 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | Kyongsik Jun, Minsoo Ha, 10282 Arizona Circle, Apt. 64, Bethesda, MD 20817-1242 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 05, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bartholomew Choi | bchoi@wandsfirm.com |
| Christopher Rollis Wampler | cwampler@wandsfirm.com<br>wamplercr81442@notify.bestcase.com,bchoi@wandsfirm.com,mvargas@wandsfirm.com,vantoni@wandsfirm.com,vshen@wandsfirm.com |
| Craig Brandon Rule | crule@zwickerpc.com  bknotices@zwickerpc.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Elizabeth H Parrott | elizabeth.parrott@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Gregory Christopher Mullen | bankruptcy@bww-law.com  gregory.c.mullen@gmail.com |
| Jacob Christian Zweig | |

District/off: 0416-0        User: admin        Page 2 of 2
Date Rcvd: Nov 03, 2025        Form ID: ntchrgb2        Total Noticed: 1

| | |
|---|---|
| | jzweig@evanspetree.com crecord@evanspetree.com |
| Michael J Klima | Jklima@kpdlawgroup.com |
| Michael J. Klima | bankruptcy@peroutkalaw.com |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Nikita Rajendra Joshi | Nikita.Joshi@bww-law.com bankruptcy@bww-law.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **23−13312 − MCR**   Chapter: **13**

**Kyongsik Jun and
Minsoo Ha**
Debtors

# NOTICE

Virtual hearing − Contact case trustee for hearing information.

PLEASE TAKE NOTICE that a hearing will be held on 11/12/25 at 02:00 PM
to consider and act upon the following:

124 − Motion to Sell 2019 BMW X−5. Notice Served on 10/10/2025, Filed by Kyongsik Jun. Objections due by 10/31/2025. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 11/12/2025 at 02:00 PM − Courtroom 3−C. (Attachments: # 1 Notice of Motion # 2 Proposed Order # 3 Exhibit # 4 List of All Creditors) (Choi, Bartholomew)

126 − Response on behalf of BMW Bank of North America Filed by Michael J Klima Jr (related document(s)124 Motion to Sell and Notice of Motion filed by Debtor Kyongsik Jun). (Klima, Michael)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 11/3/25

                Mark A. Neal, Clerk of Court
                by Courtroom Deputy Clerk, Jennifer Whitfield
                301−344−0585

Form ntchrgmdb (rev. 08/13/2024)