The movant is directed to upload, by November 12, 2025, an order that includes a certification of consent as required by Local Bankruptcy Rule 5005-1 and Section IV.B.2.c. of Appendix H to the Local Bankruptcy Rules. The November 12, 2025 hearing is cancelled and has been removed from the Court's calendar.



# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

In re:                                                *

KYONGSIK JUN and MINSOO HA            *        Case No. 23-13312
                                                              Chapter 13
       Debtors.                                  *

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

KYONGSIK JUN and MINSOO HA

       Movants,

Vs.

BMW FINANCIAL SERVICES NA, LLC

       Respondent

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER AUTHORIZING THE SALE OF AUTOMOBILE**

Upon consideration of the Debtor's Motion to sell Automobile filed at Docket No.124 and BMW Financial Services NA, LLC's Opposition to the Motion to Sell Automobile filed at Docket No.126, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the sale noticed by the Debtor in the case by notice filed on October 10, 2025, of automobile, known as 2019 BMW X-5, is approved by the Court, under the terms of this Order; and it is further,

**ORDERED**, that the debt owed to BMW Financial Services NA, LLC in the amount of $5,713.89 secured by present liens upon the Automobile shall be paid out of the sale proceeds; and it is further,

**ORDERED**, that after payment of the costs of satisfaction of liens upon the automobile, the remaining net proceeds from the sale would be paid out to the Debtors.

AGREED TO:



| | |
|---|---|
| Michael J. Klima, Jr. | Barthlomew Choi, Esquire |
| /s/ Michael J. Klima Jr. | /s/ Bartholomew Choi |
| Michael J. Klima, Jr. #25562 | Bartholomew Choi, Esq #31424 |
| 8028 Ritchie Highway | Attorney for Debtors |
| Suite 300 | Wampler & Souder, LLC |
| Pasdena, MD 21122 | 12114B Heritage Park Circle |
| (410)-768-2280 | Silver Spring, MD 20906 |
| Attorney File: 26-60995 | Phone: (240) 833-2284 |
| | Fax: (301) 942-8296 |
| | bchoi@wandsfirm.com |

cc:   BMW Bank of North America
      c/o AIS Portfolio Services, LLC
      4515 Santa Fe Ave, Dept. APS
      Oklahoma City, OK 73118

      Timothy P. Branigan
      Chapter 13 Trustee
      9891 Broken Land Parkway
      Suite 301
      Columbia, MD 21046

      US Trustee
      Office of US Trustee
      6305 Ivy Lane
      Suite 600
      Greenbelt, MD 20770

**END OF ORDER**

