Entered: November 10th, 2025
Signed: November 7th, 2025

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## (Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| KYONGSIK JUN and MINSOO HA | * | Case No. 23-13312 |
| | | Chapter 13 |
| Debtors. | * | |

KYONGSIK JUN and MINSOO HA

    Movants,

Vs.

BMW FINANCIAL SERVICES NA, LLC

    Respondent

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

### CONSENT ORDER AUTHORIZING THE SALE OF AUTOMOBILE

Upon consideration of the Debtor's Motion to sell Automobile filed at Docket No.124 and BMW Financial Services NA, LLC's Opposition to the Motion to Sell Automobile filed at Docket No.126, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the sale noticed by the Debtor in the case by notice filed on October 10, 2025, of automobile, known as 2019 BMW X-5, is approved by the Court, under the terms of this Order; and it is further,

- 1 -

**ORDERED**, that the debt owed to BMW Financial Services NA, LLC in the amount of $5,713.89 secured by present liens upon the Automobile shall be paid out of the sale proceeds; and it is further,

**ORDERED**, that after payment of the costs of satisfaction of liens upon the automobile, the remaining net proceeds from the sale would be paid out to the Debtors.

AGREED TO:

| | |
|---|---|
| Michael J. Klima, Jr. | Barthlomew Choi, Esquire |
| /s/ Michael J. Klima Jr. | /s/ Bartholomew Choi |
| Michael J. Klima, Jr. #25562 | Bartholomew Choi, Esq #31424 |
| 8028 Ritchie Highway | Attorney for Debtors |
| Suite 300 | Wampler & Souder, LLC |
| Pasadena, MD 21122 | 12114B Heritage Park Circle |
| (410)-768-2280 | Silver Spring, MD 20906 |
| Attorney File: 26-60995 | Phone: (240) 833-2284 |
| | Fax: (301) 942-8296 |
| | bchoi@wandsfirm.com |

## **CERTIFICATION**

I HEREBY CERTIFY that terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Bartholomew Choi
Bartholomew Choi, Esquire

cc: BMW Bank of North America
c/o AIS Portfolio Services, LLC
4515 Santa Fe Ave, Dept. APS
Oklahoma City, OK 73118

Timothy P. Branigan
Chapter 13 Trustee
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046

- 3 -

US Trustee
Office of US Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

Michael J. Klima, Jr. #25562
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122

**END OF ORDER**