United States Bankruptcy Court
District of Maryland

In re:                                                                          Case No. 23-13312-MCR

Kyongsik Jun                                                                    Chapter 13

Minsoo Ha

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0                     User: admin                               Page 1 of 2

Date Rcvd: Nov 10, 2025                  Form ID: pdfparty                          Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | | Kyongsik Jun, Minsoo Ha, 10282 Arizona Circle, Apt. 64, Bethesda, MD 20817-1242 |
| cr | + | AmeriCredit Financial Services, Inc. dba GM Financ, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| cr | + | American Express National Bank, AENB c/o Zwicker &, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | CITIBANK, N.A., BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| cr | + | Citibank, N.A. C/O Cenlar FSB, BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| cr | + | Quantum3 Group, LLC, as Agent for Comenity Bank, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 10 2025 19:17:00 | AmeriCredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2025 19:26:31 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2025 19:26:23 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2025 19:26:31 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0416-0                          User: admin                                    Page 2 of 2
Date Rcvd: Nov 10, 2025                       Form ID: pdfparty                              Total Noticed: 10

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Bartholomew Choi | bchoi@wandsfirm.com |
| Christopher Rollis Wampler | cwampler@wandsfirm.com wamplercr81442@notify.bestcase.com,bchoi@wandsfirm.com,mvargas@wandsfirm.com,vantoni@wandsfirm.com,vshen@wandsfirm.com |
| Craig Brandon Rule | crule@zwickerpc.com  bknotices@zwickerpc.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| Elizabeth H Parrott | elizabeth.parrott@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Gregory Christopher Mullen | bankruptcy@bww-law.com  gregory.c.mullen@gmail.com |
| Jacob Christian Zweig | jzweig@evanspetree.com  crecord@evanspetree.com |
| Michael J Klima | Jklima@kpdlawgroup.com |
| Michael J. Klima | bankruptcy@peroutkalaw.com |
| Nicole C. Kenworthy | bdept@mrrlaw.net |
| Nikita Rajendra Joshi | Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |

TOTAL: 12

Entered: November 10th, 2025
Signed: November 7th, 2025

**SO ORDERED**



*Maria Ellena Chavez-Ruark*

**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

<br>

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

In re:                                   *

KYONGSIK JUN and MINSOO HA          *       Case No. 23-13312
                                            Chapter 13
        Debtors.                     *

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

KYONGSIK JUN and MINSOO HA

        Movants,

Vs.

BMW FINANCIAL SERVICES NA, LLC

        Respondent

*       *       *       *       *       *       *       *       *       *       *       *       *

## <u>CONSENT ORDER AUTHORIZING THE SALE OF AUTOMOBILE</u>

Upon consideration of the Debtor's Motion to sell Automobile filed at Docket No.124

and BMW Financial Services NA, LLC's Opposition to the Motion to Sell Automobile filed at

Docket No.126, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the sale noticed by the Debtor in the case by notice filed on October

10, 2025, of automobile, known as 2019 BMW X-5, is approved by the Court, under the terms

of this Order; and it is further,

- 1 -

**ORDERED**, that the debt owed to BMW Financial Services NA, LLC in the amount of $5,713.89 secured by present liens upon the Automobile shall be paid out of the sale proceeds; and it is further,

**ORDERED**, that after payment of the costs of satisfaction of liens upon the automobile, the remaining net proceeds from the sale would be paid out to the Debtors.

AGREED TO:

Michael J. Klima, Jr.                                              Barthlomew Choi, Esquire

/s/ Michael J. Klima Jr.                                          /s/ Bartholomew Choi
Michael J. Klima, Jr. #25562                              Bartholomew Choi, Esq #31424
8028 Ritchie Highway                                        Attorney for Debtors
Suite 300                                                             Wampler & Souder, LLC
Pasadena, MD 21122                                          12114B Heritage Park Circle
(410)-768-2280                                                   Silver Spring, MD 20906
Attorney File: 26-60995                                     Phone: (240) 833-2284
                                                                           Fax: (301) 942-8296
                                                                           bchoi@wandsfirm.com


## **CERTIFICATION**

I HEREBY CERTIFY that terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.


                                                     /s/ Bartholomew Choi
                                                     Bartholomew Choi, Esquire


cc:     BMW Bank of North America
          c/o AIS Portfolio Services, LLC
          4515 Santa Fe Ave, Dept. APS
          Oklahoma City, OK 73118

          Timothy P. Branigan
          Chapter 13 Trustee
          9891 Broken Land Parkway
          Suite 301
          Columbia, MD 21046

- 2 -

US Trustee
Office of US Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

Michael J. Klima, Jr. #25562
8028 Ritchie Highway
Suite 300
Pasadena, MD 21122

**END OF ORDER**