**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MARYLAND**

**In RE:**

  KYONGSIK JUN

  MINSOO HA

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 20

**Case Number:** 23-13312

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor, **Carvana, LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only      ☑ Payment only      ☐ Notice & Payment

**<u>PAYMENT ADDRESS</u>**

FROM:

  Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC

  P.O. Box 4138

  Houston, TX 77210

TO:

  Carvana, LLC / Bridgecrest c/o AIS Portfolio Services, LLC

  PO Box 661384

  Dallas,TX 75266-1384

Date: 08/08/2026

/s/ Rohan Pardeshi

Creditor's Authorized Agent for Carvana, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

**In RE:**

                                **Chapter:** 13

  KYONGSIK JUN
  MINSOO HA                    **Case Number:** 23-13312
**Debtor(s)**

**Certificate of Service**

I certify that on 08/08/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:


Via CM / ECF / NEF


Attorney for Debtor
BARTHOLOMEW CHOI
BCHOI@WANDSFIRM.COM

Trustee
TIMOTHY P BRANIGAN
CMECF@CHAPTER13MARYLAND.COM


                                      /s/ Rohan Pardeshi

                                      Rohan Pardeshi
                                      AIS Portfolio Services, LLC
                                      4515 N Santa Fe Ave. Dept. APS
                                      Oklahoma City, OK 73118
                                      888-455-6662
                                      ECFNotices@aisinfo.com