**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

-------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Kyongsik Jun et ux.** | : | **Case No. 23-13312** |
| **Debtors.** | : | |
| | : | |

-------------------------------------------------------------X

### NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR CREDITORS of KoAm Partners, LLC, Aujoo Enterprises II, LLC, and Augustine Kim

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

Dated: August 14, 2026.

 /s/ Daniel M. Press
Daniel M. Press, #07300
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the Chapter 13 Trustee, counsel for Debtor, and all parties requesting notice by CM/ECF, as follows:

Timothy P. Branigan cmecf@chapter13maryland.com

Nikita Rajendra Joshi Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com

Nicole C. Kenworthy bdept@mrrlaw.net

Michael J. Klima bankruptcy@peroutkalaw.com

Gregory Christopher Mullen bankruptcy@bww-law.com, gregory.c.mullen@gmail.com

Elizabeth H Parrott elizabeth.parrott@mccalla.com, mccallaecf@ecf.courtdrive.com

Daniel M. Press dpress@chung-press.com, pressdm@gmail.com, danpress@recap.email

Craig Brandon Rule crule@zwickerpc.com, bknotices@zwickerpc.com

Christopher Rollis Wampler cwampler@wandsfirm.com, wamplercr81442@notify.bestcase.com, bchoi@wandsfirm.com, mvargas@wandsfirm.com, vantoni@wandsfirm.com, vshen@wandsfirm.com

Jacob Christian Zweig jzweig@evanspetree.com, crecord@evanspetree.com

_/s/ Daniel M. Press_____
Daniel M. Press

2